# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

SWAYSEY RANKIN ,                )
                                )
            Plaintiff           )
                                )
        vs.                     )        Case No. _____
                                )        *(The case number will be assigned by the clerk)*
Dr. Baker                       )
Jeff Korte                      )
Wexford Health Sources INC      )
_____        )
_____        )
_____        )
_____        )
_____ ,      )
                                )
            Defendant(s)        )

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT\*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

_____

\**Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: SWAYSEY Reynard Rankin

Prison Identification Number: K-59260

Current address: 2500 Route 99 south, MT. Sterling IL.

62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☒          No ☐

If yes, please describe  Failure to provide adequate Medical treatment

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒          No ☐

C.  If your answer to B is yes, how many?  2  Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

(Case1) 1:10-CV00691 (Northern Dist.) (case2) 13 C4671 Northern District

2. Basic claim made Case 1 Medical treatment, case 2 living conditions.

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) Case#1:10-CV00691 dismissed, Case#2 13 c4671 Still pending

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

      Yes ☒  No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____

4

Date(s) of the occurrence   From 2-25-15 to October 2015

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

2-25-15

Inmate Rankin# K-59260 was transfered to western C.C. on or about 2-25-15 from stateville C.C., from the very first day Rankin was tryin to alert the medical personnel of his current situations with his head, allergies and the permits that he was given at stateville C.C. by telling the Nurse at the H.C.U later on that night, and the nurse notified Inmate Rankin that he'd be seen by the Dr. or he could put in for sick call. Rankin was seen by Dr. Baker on 3-9-15 for hyper tension clinic and Rankin tried to tell and show Dr. Baker his medical problems that has gotten worser due to the days that he'd been without his proper Medications that he'd been assigned to by the Dr. at his formal facility, but Dr. Baker refused to acknowledge either of Rankin's Medical problems that Rankin tried to tell him about that wasn't concerning his high blood pressure, Inmate Rankin wrote Grievances on this matter and Dr. Baker acknowledge the fact that he refused to address Rankin's Medical issues cause Rankin didn't pay a $5 co pay but Dr. Baker not one time states that Rankin refussed to pay the $5 co pay at the time or was Rankin even given a choice at the time to pay the co pay. Dr. Baker told the Grievance officer in his response that if Inmate Rankin bring up issues other than HTN clinic and

5

there not determined by him to be emergent then the Inmate must be educated on how to have his medical concerns addressed via sick call, well it's to Rankin's belief that Dr. Baker was the head Dr. at the time and he dealt with all issues not just high blood pressure, and last but not least how can Dr. Baker determine if Rankin's problem was emergent or not if he fails to even look at the problem, cause Rankin seems to be sure that swelling of the head with individual knots and bumps that are discharging would be emergent enough for any Dr. to evaluate if he/she takes the time to just examine it which Dr. Baker refused to do. Although Dr. Baker was wrong by not examining Rankin, Rankin still tried to go through the sick call protocol by tryin effortlessly to get on the list by the Staff placing him on the list all to no avail and by dropping request slips in the Inmate Medication Refill box located on the tiers in the Inmates Unit all to no avail. Rankin was forced to endure alot of pain and suffering due to Dr. Baker's failure to provide him with proper and adequate medical treatment, Rankin had to endure all the swelling and discharging that came along with the pain with the problem he had with his head all due to Dr. Baker refusing to treat him. The problem that Rankin had with his head has gotten worser and has spreaded as well, and the knee pain has gotten worser as well, Rankin had to endure all this pain and suffering

due to the deliberate indiffrence of Dr. Baker and the staff at Western C.C., which could've been avoided. Bankin had to endure all this until Dr. Baker was relocated to another facility because when Bankin was seen by the Nurse Practioner MS. Smith in october for HTN Clinic she looked at Bankin head and seen there was a serious problem and prescibed Bankin the Medication that she thought was suitable and she's clearly a step down from a Doctor but she performed her doctor duties which was to evaluate and treat the patient, Dr. Butler also prescribed Bankin some Medication to treat Bankin head properly and he addressed the needs for pain pills as well as Bankin alergie problems all this started to take place in October of 2015 about a 8 month time expand before Bankin Medical issues was addressed at Western, Every Dr. that Bankin came into contact with at Stateville C.C. for HTN Clinic either gave or renewed Bankin order for his head and right and left knee issue and Wexford is the same Health service provider at that facility as well so why would they address Bankin Issues outside of Blood pressure and not Dr. Bakers

---

## RELIEF REQUESTED

(State what relief you want from the court.)

$350,000.00 in monetary compensation and a transfer to Dixion with a permenate Industry Job while incarcerated in I.D.O.C.

7

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

JURY DEMAND        Yes  ☒         No  ☐

Signed this ___16___ day of ___May_____ , 20 _16_ .

_Swaysey Renkin_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| SWAYSEY RANKIN | K-59260 |
| Address: 2500 Route 99 South | Telephone Number: |
| MT. Sterling IL 62353 | N/A |

8

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

4C54

| Grievance Officer's Report |
|---|

Date Received: April 24, 2015_____   Date of Review: June 5, 2015_____   Grievance # (optional): 15-0256E

Offender:  Swaysey Rankin_____   ID#: K59260_____

Nature of Grievance:  Inmate is grieving medical treatment.

Facts Reviewed:  Emergency Grievance.  Inmate's grievance reviewed.  Inmate states that he was seen by the nurse at WICC where the nurse notified him that his high blood pressure medication followed him from STA as well as his Lortadine pill and stated he would receive within a day or two.  Inmate states that when he received his bubble packs he noticed he had zero refills.  Inmate states that he was seen by Dr. Baker on 3-9-15 and was assured he would receive refills.  Inmate states that he ran out of his meds and has been without them for atleast 2 weeks.  Inmate states that he is having other medical issues too.  Inmate requests to be seen my medical personnel.

Dr. Baker's response states that you were seen in hypertension clinic 3-9-15 and the medication for your blood pressure was renewed for 1 year.  The $5 co-pay for nursing sick call is an Illinois state law so cannot be removed at inmate request.  You were not charged for the HTN clinic.  Your chart does not reflect that you have attempted to be seen in nurse sick call for your other complaints.

If an inmate needs to be seen by the nurse, the inmate needs to sign up for nurse sick call with the housing unit foyer officer.  Inmate 's name will then be placed on the nurse sick call list and then will be evaluated.

Recommendation:  Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be moot.

_____          _Tara Goins_____
Tara Goins                                          Grievance Officer's Signature
Print Grievance Officer's Name
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: __6-5-15__   ☒ I concur   ☐ I do not concur   ☐ Remand

Comments:

_____          _6-9-15_____
Chief Administrative Officer's Signature                          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Swaysey Rankin_____   _K-59260_____   _6-15-15_____
Offender's Signature                          ID#                     Date

Cc: HCU



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _RANKIN, SWAYSEY_     Date: _01/27/2016_

Register # _K92160_

Facility: _Western Illinois_

This is in response to your grievance received on _6/22/2015_. This office has determined the issue will be addressed without a formal hearing.  A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted.  For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding:** Grievance dated: _4/22/15_ Grievance Number: _15-0254E_ Griev Loc: _WICC_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident # _____

☒ Other _Medical Treatment_

**Based on a review of all available information, this office has determined your grievance to be:**

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30.  This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _HCU records show I/m did receive is meds_

FOR THE BOARD: _T. Scott Keen_     CONCURRED: _John Baldwin_
                S. T. Scott Keen                         John R. Baldwin
                Administrative Review Board                Acting Director

CC:  Warden, _Western Ill_ Correctional Center
     _Rankin, S_ , Register No. _K92160_

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

| Date: 6-28-15 | Offender: (Please Print) SHANSEY RANKIN | ID#: K-59240 |

Present Facility: WESTERN | Facility where grievance issue occurred: WESTERN

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify)

☐ Disciplinary Report: ___/___/___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only for EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): EVER since I've been transferred to this facility, there has been an on going issue with me getting the proper medical attention. once I was moved to population from the receiving part of this facility I was housed in 1-B-57 and I tried on numerous occasions to get put on the Inmate Sick call list all to no avail, due to the C/O telling me I couldn't be put on the list cause I didn't have on my State issued blues while I was out in the dayroom on my dayroom time. Now I've been housing unit 4 for almost if not A Month and I've also tried on more than 5 occasions to be placed on the

**Relief Requested:** To be seen by A Doctor and have my health issues addressed

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature  K-59240  ID# 6/28/15 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 7/2/15 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Response from the HCU. You can sign up for Nurse Sick call in the housing unit by following the proper protocol or send a request slip to the Health Care Unit to request to be on Nurse Sick call

Rland Print Counselor's Name | Counselor's Signature | 7-22-15 Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED AUG 2015 GRIEVANCE OFFICE

Chief Administrative Officer's Signature ___/___/___ Date

Illinois Department of Corrections

**RESPONSE TO OFFENDER'S GRIEVANCE**

Seg 15

| | | |
|---|---|---|
| | **Grievance Officer's Report** | |

**Date Received:** August 6, 2015 _____ **Date of Review:** September 16, 2015 _____ **Grievance #** (optional): 15-0476

**Offender:** Swaysey Rankin _____ **ID#:** K59260 _____

**Nature of Grievance:** Inmate is grieving medical treatment.

**Facts Reviewed:** Inmate's grievance reviewed. Inmate states that he has been trying to put in for nurse sick call to no avail. Inmate requests to be seen by a doctor.

Counselor's response dated 7-22-15 by CC Landon states that response from the HCU: you can sign up for nurse sick call in the housing unit by following the proper protocol or send a request slip to the health care unit to request to be on nurse sick call.

Inmate's must be properly dressed upon entering the foyer and can request to be signed up for nurse sick call with the foyer officer. According to OTS, inmate is currently in temporary confinement.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be moot.

Tara Goins
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| | |
|---|---|
| **Chief Administrative Officer's Response** | |

**Date Received:** 9-16-15    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

_____
Chief Administrative Officer's Signature

9-16-15
Date

| | |
|---|---|
| **Offender's Appeal To The Director** | |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____
Offender's Signature

_____
ID#

_____
Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| | | | |
|---|---|---|---|
| Date: 3-10-15 | Offender: (Please Print) SWAYSEY RANKIN | | IDe: K-59260 |
| Present Facility: WII (WESTERN) | Facility where grievance issue occurred: | WESTERN | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___    _____
Date of Report    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name of identifying information for each person involved): ON 3-9-15 Inmate Rankin #K-59260 had A Call Pass for the HCU at 12:30pm. Upon arrival Inmate Rankin #K-59260 was seen by the Nurse to have his vitals checked and was told to go back into the Inmate waitting area and wait on the Dr. to call him. After waitting Inmate Rankin was called by Dr. (John Doe) who asked him A series of questions related to high blood pressure. Inmate then tried to notify the Dr. that he had A issue with his right Knee which he had surgery on and has Pins in it. Inmate Rankin# K-59260 also tried to notify the Dr. that he was getting A prescribed ointment as well as A T Gel Shampoo for an ongoing problem.

Relief Requested: I wish to be seen by A Dr. and have my issues addressed without me being subjected to pay $5 co pay for something that could've been resolved without me going through the sick call protocol.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Swaysey Rankin _____    K-59260    3/10/15
Offender's Signature    IDe    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 3/13/15    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: No response. Forward to grievance officer. JD

_____    _____ CCII    4/17/15
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance.
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ___/___/___
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

4054

| Grievance Officer's Report |
|---|

**Date Received:** April 23, 2015_____    **Date of Review:** June 8. 2015_____    **Grievance #** (optional)  15-0252

**Offender:** Swaysey Rankin_____    **ID#:** K59260_____

**Nature of Grievance:** Inmate is grieving medical treatment.

**Facts Reviewed:** Inmate's grievance reviewed.  Inmate states that on 3-9-15 he had a call pass for HCU.  Inmate states that he was seen by the nurse to have his vitals checked.  Inmate states that he was seen by the doctor and asked questions about his blood pressure.  Inmate states that he tried to talk to the doctor about his right knee, his prescribed ointment, and T-Gel shampoo.  Inmate states that his prescriptions did not follow him and he was only being seen for the hypertension.  Inmate states that he was told he would have to put in for nurse sick call for any other issues.  Inmate requests to be seen by the doctor for his issues without a co-pay.

Counselor's response dated 4-17-15 by CC Harrison states that nor response.  Forward to grievance officer.

Dr. Baker's response states that you arrived to Western 2-25-15 and were seen in hypertension chronic clinic 3-9-15.  The purpose of the HTN clinic is to deal with the blood pressure.  If you have other medical issues, then you will need to address them via nurse sick call.  If you bring up issues not related to the HTN clinic and there are not determined by the doctor to be emergent, then you will be educated regarding how to have your medical concerns addressed via nurse sick call.  The $5 co-pay for nurse sick call is an Illinois State law and must be obeyed by the medical unit and nurses when doing sick call.  Since arrival to Western, you have been orientated to the medical process and have not been seen in nurse sick call.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be moot.

Tara Goins
Print Grievance Officer's Name                              Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** _____6-8-15_____    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                                    6-9-15
                                                                          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Swaysey Rankin                           K-59260              6-15-15
Offender's Signature                        ID#                  Date

CC: HCU

Distribution:  Master File; Offender;            Page 1                    DOC 0047 (Rev. 3/2005)
                                            Printed on Recycled Paper

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _RANKIN, SWAYSEY_  Date: _01/27/2016_

Register # _K59240_

Facility: _Western Illinois_

This is in response to your grievance received on _1/22/2015_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _3/10/15_ Grievance Number: _15-0252_ Griev Loc: _WICC_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- ✗ Other _Medical Co/Pay/Treatment_

**Based on a review of all available information, this office has determined your grievance to be:**

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ✗ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _____

FOR THE BOARD: _T. Scott Keen_  CONCURRED: _John Baldwin_

T. Scott Keen
Administrative Review Board

John R. Baldwin
Acting Director  _NA_  _1/28/16_

CC: Warden, _Western Ill._ Correctional Center

_Rankin, S_ , Register No. _K59240_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 3-17-15 | Offender: (Please Print) SWAYSEY FRANKIN | ID#: K-59260 |
|---|---|---|

| Present Facility: WESTERN | Facility where grievance issue occurred: WESTERN |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify) _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I was transferred to this facility from (Stateville K3) on 2-25-15 and I was seen by the Doctor here on (3-9-15) and I have serious injuries thats ongoing on my head, and my right knee which has pins in it due to an opperation I had in 2008 and my left knee is bothering me from all the strain and pressure that it had to endure for picking up the slack for the right knee, I tried to address all these issues with the Dr. when I seen him on the above date mentioned but he refussed to acknowledge my problems then and told me I had to put in for Nurse sick call cause all he was gonna talk to me or see me

Relief Requested: I'm requesting to be seen by a Dr. Immediately and for the sick call protocal to handled diffrently and for the Doctors to be held responsible for treating for any Medical issues the Inmates have as long as he/she

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self. Is Qualified for that problem a co pay should not stand in the way of an Inmates Medical needs.

| Swaysey Frankin | K-59260 | 3 / 17 / 15 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| | | ____/____/____ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| | ____/____/____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

---

Distribution: Master File; Offender      Page 1      DOC 0046 (8/2012)

about was my Blood pressure on that day. Now I don't think
thats right on that Doctor's part but however I've been
told by several C/o's here at western that they was gonna
put me on the sick call list when they go back out to
the foyer but I still haven't been called by the Nurse
for the sick call line and this has been going on for
a week now and my head is getting worser and my
knee is torturing me with excruciating pain especially
at night. which makes it difficult for me to sleep at night.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5-1-15 | Offender: (Please Print) SWAYSEY Rankin | ID#: K-59260 |
|---|---|---|

| Present Facility: WESTERN | Facility where grievance issue occurred: WESTERN |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
    Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Every since I been in this facility it has been a problem with me getting the proper and adequate medical attention that I need. I had an Dr. at this facility that I seen in March tell me that he wasn't gonna address my issues unless I go through the Nurses sick call which is obsurd. The medical issues that I have with my head and my knees are all in my chart due to me getting the proper Medical attention for it at stateville once the Doctors became aware of my problems. But I been putting in for Nurse sick call or so say the C/O's in R1 telling me they were gonna put me in but I also been dropping

**Relief Requested:** I'm reqesting for an imediate call for me to be seen by a Dr. here at western for my Medical issues other than my High Blood Pressure and for the protocol for inmates singning up for sick re charge.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Swaysey Rankin | K-59260 | ___/___ |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

**Counselor's Response** (If applicable)

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____
_____
_____
_____
_____

| _____ | _____ | ___/___ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| _____ | ___/___ |
|---|---|
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

a request for sick call in the Inmate Refill Box located on the tier, I've done all this to no avail, and all of this could've been avoided had the Dr. that I seen on 3-9-15 would've addressed my medical problems when I tried to notify him of it but he refused to address them and told me I had to be seen by the nurse sick call for that matter. This is my 4th Grievance on this issue.

DOC 0046 (8/2012)

Distribution: Master File; Offender

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 4-8-15 | Offender: (Please Print) SWAYSEY Rankin | ID#: K-59260 |
|---|---|---|
| Present Facility: WESTERN | Facility where grievance issue occurred: WESTERN | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report                    Facility where issued

**Note:**     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I been tryin to get on the Nurses Sick call ever since March all to no avail I been hindered by the C/o's at Western by one way or another either I had to have on State Blues to go out to the foyer and be placed on the Sick call list or by the C/o with the wing telling me that they'll sign me up for it and I'll never get called. I also want to note none of this would take place had the Dr. Administered proper and adequate medical attention when he seen me in March and refused to address my issues.

**Relief Requested:** I'm requesting to be seen by the Dr. for my medical issues that I'm being forced to endure due to the Doctor here at Western Deliberate Indifference.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Swaysey Rankin | K-59260 | 4, 8, 15 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____     [ ] Send directly to Grievance Officer     [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____

| Print Counselor's Name | Counselor's Signature | ____/____/____ Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ____/____/____     Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | ____/____ Date |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5-4-16 | Offender: (Please Print) SWAYSEY RANKIN | ID#: K-59260 |
|---|---|---|

| Present Facility: WESTERN | Facility where grievance issue occurred: WESTERN |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ___ / ___ / ___
　　　　　　　　　　Date of Report　　　　　　Facility where issued

Note:　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　Chief Administrative Officer, only if EMERGENCY grievance.
　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):** As of 4-29-16 there has been no lights in my cell of 4-C-18 I along with several Inmates on 4-C has been without lights for several days now and we've constantly told every C/o, Sgt and Lt. that has worked on the tier of 4-C with high hopes of getting this electrical problem resolved all to no avail. I'm currently a college student and I have test that I couldn't study and prepare for as I'd like and I had Finals today for Deviant Behavior which I wasn't able to prepare every Staff that we told that didn't have no lights in cell 18-24 and 58-64 of 4-C that I have knowledge of

**Relief Requested:** I'm requesting for this issue to be resolved and for it to be no further incidents like this to occur, and I'd like to be transferred to Dixion immediately

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Swaysey Rankin_　　　　　　K-59260　　　5 , 4 , 16
Offender's Signature　　　　　　　　ID#　　　　　　Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___ / ___ / ___　☐ Send directly to Grievance Officer　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____
Print Counselor's Name　　Counselor's Signature　　Date of Response ___ / ___ / ___

---

**EMERGENCY REVIEW**

Date Received: 5 / 2 / 16　Is this determined to be of an emergency nature?　☐ Yes; expedite emergency grievance
　☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature　　　　　Date 5 , 2 , 16

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

has only said that they're gonna call the electrician and put a work~~ed~~ order in the staff includes but not limited to ones I don't know names at this time C/o ~~[redacted]~~ of 7 to 3 shift, Sgt. and Lt. as well and the same for the 3 to 11 shift C/o, Lt. and Sgt. that was assigned to 4-C and 4 House as a whole.